IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

CADLEROCK IV, LLC.                                                    PLAINTIFF

VS.                                              CIVIL ACTION # 3:18cv 196-CWR-FKB

R. DON WILLIAMS                                                      DEFENDANT

## MOTION FOR SUBSTITUTION OF COUNSEL

COMES NOW, KATHLEEN COOK BAXTER, ESQ., counsel of record for R. Don

Williams, and moves this Court to permit my withdrawal as counsel and permit substitution of

counsel, namely F. Hall Bailey, Esq. Mr. Bailey entered an appearance on behalf of Mr.

Williams on August 26, 2019 [Dkt. #46] in this cause.

I respectfully request that my name be removed from all further pleadings and

notifications and that F. Hall Bailey, Esq. should instead be noticed of any and all pleadings,

notifications, and matters related to this cause as follows to act as counsel for Mr. Williams:

F. HALL BAILEY
LALOR, BAILEY & ABY, PLLC.
230 Trace Colony Park Dr., Suite 4,
Ridgeland, Ms. 39157
hbailey@lalorbaileyaby.com

Respectfully Submitted, this the 23rd day of September, 2019.

/s/:  Kathleen S. Cook Baxter
KATHLEEN COOK BAXTER, ESQ.
MSB # 102398
KATHLEEN COOK BAXTER, ATTORNEY
AT LAW, PLLC.
1888 MAIN STREET SUITE C-209
MADISON, MS. 39110
(601)613-8680
kcookbaxter@gmail.com

CERTIFICATE OF SERVICE

 I, KATHLEEN S. COOK BAXTER, the undersigned counsel of record, certify that I have this day filed by electronic means the above and foregoing pleading, copying the following:

CHAD HAMMONS, ESQ.
JONES WALKER LLP
190 E. Capitol St. Ste. 800
PO Box 427
Jackson, Ms. 39205
chammons@joneswalker.com

F. HALL BAILEY
LALOR, BAILEY & ABY, PLLC.
230 Trace Colony Park Dr., Suite 4,
Ridgeland, Ms. 39157
hbailey@lalorbaileyaby.com

The 23rd day of September, 2019.

/s/:  Kathleen S. Cook Baxter
KATHLEEN COOK BAXTER, ESQ.
MSB # 102398